UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| MELISSA TUTTLE, ) | |
| ) | No. 1:13-cv-00183-JD-RBC |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| SALLIE MAE, INC. ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MELISSA TUTTLE and Defendant, NAVIENT SOLUTIONS, INC., formerly known as SALLIE MAE, INC., stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MELISSA TUTTLE, against Defendant, NAVIENT SOLUTIONS, INC., formerly known as SALLIE MAE, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: July 1, 2014

            KROHN & MOSS, LTD.

            /s/ Ryan Lee
            Ryan Lee
            Attorney for Plaintiff,
            MELISSA TUTTLE

Dated: July 1, 2014

        /s/ Bonnie L. Martin
        Bonnie L. Martin
        Attorney for Defendant,
        NAVIENT SOLUTIONS, INC., formerly known as
        SALLIE MAE, INC

18324555.1